[No. 71732-4-I.   Division One.   September 8, 2014.]

*In the Matter of the Estate of* VIRGINIA J. JEPSEN.

JULIE MILES, *as Personal Representative, Appellant,* v. MACK JEPSEN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-4-01870-1, Edmund Murphy, J., entered January 18, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 44295-7-II.   Division Two.   September 9, 2014.]

MARTHA LEAH WOODS, *Appellant,* v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-14019-2, Susan Serko, J., entered November 9, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 44876-9-II.   Division Two.   September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM ALLEN REPP, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00889-0, James E. Warme, J. Pro Tem., entered May 6, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Hunt, J.